IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HAROLD L. ARMSTONG,

       Plaintiff,                      No. CIV S-06-0034 JKS GGH P

   vs.

D.L. RUNNELS, et al.,

       Defendants.             <u>ORDER</u>

_____/

       Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of March 25, 2008, and has asked for a copy of his own filings referenced in that order. The court will, in this instance, make an exception to the requirement that plaintiff pay for copies provided by the court, but will not do so in the future.

       Accordingly, IT IS HEREBY ORDERED that:

       1. Plaintiff's April 21, 2008 (# 20) motion for an extension of time is granted;

       2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint, but there will be no further extension of time;

       3. Plaintiff's request, filed on 4/21/08 (# 21) for a copy of his amended complaint, filed on 2/16/06 (# 7), as supplemented by his filing of 4/12/06 (# 9) is granted *on this occasion only;* and

1        4. The Clerk is directed to provide plaintiff with a copy of docket entries # 7 and

2  # 9 with this order.

3  DATED: 04/29/08

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/ja
arms0034.36+