```
 1
 2
 3
 4
 5
 6
 7
 8                    IN THE UNITED STATES DISTRICT COURT
 9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10  HAROLD L. ARMSTRONG,
11              Plaintiff,              No. CIV S-06-0034 JKS GGH P
12       vs.
13  D. L. RUNNELS, Warden, et al.,
14              Defendants.             ORDER
15  _____/
16              Plaintiff has motioned for the appointment of counsel. The United States
17  Supreme Court has ruled that district courts lack authority to require counsel to represent
18  indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298
19  (1989). In certain exceptional circumstances, the court may request the voluntary assistance of
20  counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir.
21  1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the
22  court does not find the required exceptional circumstances. Plaintiff's request for the
23  appointment of counsel will therefore be denied.
24  /////
25  /////
26  /////
```

Accordingly, IT IS HEREBY ORDERED that plaintiff's April 28, 2009, motion for the appointment of counsel (Docket No. 30) is denied.

DATED: May 12, 2009

/s/ Gregory G. Hollows
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:kly
arms0034.31