IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HAROLD L. ARMSTRONG,

      Plaintiff,                            No. CIV S-06-0034 JKS GGH P

   vs.

D. L. RUNNELS, Warden, et al.,

      Defendants.                          <u>ORDER</u>

_____/

       Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff requested appointment of counsel on April 28, 2009, which was denied on May 13, 2009. On May 29, 2009, plaintiff's action was dismissed. Before the court is plaintiff's motion for reconsideration of the denial of appointment of counsel also filed on May 29, 2009. The request for reconsideration (Docket # 34) is moot in light of the dismissal, and is therefore vacated from calendar.

DATED: July 28, 2009

                                                  /s/ Gregory G. Hollows

                                                 GREGORY G. HOLLOWS
                                                 UNITED STATES MAGISTRATE JUDGE

GGH:AB
arms0034.rec