IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD L. ARMSTRONG,<br><br>    Plaintiff-Appellant,<br><br>    vs.<br><br>D. L. RUNNELS, Warden, *et al.*,<br><br>    Defendants-Appellees. | No. 2:06-cv-00034-JKS-GGH<br><br>ORDER<br>[Re: Motion at Docket No. 38] |

  At Docket No. 38, Plaintiff Harold L. Armstrong, a state prisoner proceeding *pro se*, filed a "Motion Ordering the Reporter's Transcript to Designate Per FRAP 4a(4)." In the body of his motion, Armstrong also refers to Federal Rule of Appellate Procedure 17(a), (b).[1] It is unclear from the motion precisely what relief Armstrong is seeking. The record on appeal from a judgment of a district court is as specified in Federal Rule of Appellate Procedure 10 and its forwarding to the appellate court by Federal Rule of Appellate Procedure 11. To the extent that Armstrong is attempting to order a transcript under Rule 10(b), there having been no proceedings in this matter to be transcribed, there is no transcript to order. It appearing that no further order of this Court is required,

  IT IS ORDERED THAT the "Motion Ordering the Reporter's Transcript to Designate Per FRAP 4a(4)" at Docket No. 38 is DENIED.

  Dated: September 30, 2009.

                     s/ James K. Singleton, Jr.
                     JAMES K. SINGLETON, JR.
                     United States District Judge

---

  [1] Rule 17 is applicable to the review or enforcement of and order of an administrative agency, board, commission or officer, not an appeal from a final judgment of the district court.